IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

---

CRISTINA RADI
9813 BALD CYPRESS DRIVE
ROCKVILLE, MD 20850

    Plaintiff,

    v.                                                    Civil Action No.

KATHLEEN SEBELIUS, SECRETARY
DEPARTMENT OF HEALTH AND HUMAN SERVICES
INFORMATION SYSTEMS MANAGEMENT SERVICE,
ENTERPRISE APPLICATIONS DIVISION,
TECHNICAL BRANCH
8456 COLESVILLE ROAD, SUITE 1503
SILVER SPRING, MD 20910

    Defendant.

---

## COMPLAINT

COMES NOW Plaintiff, Cristina Radi and states as follows:

### EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. The Plaintiff timely filed a complaint with the Equal Employment Opportunity office, Case No. HHS-PSC-03-09. The Plaintiff alleges discrimination based on her is national origin (Vietnamese) and race (Asian) and retaliation.

### NATURE OF CLAIM

2. This is an action for declaratory relief; injunctive relief, damages and to secure protection of and to redress deprivation of rights secured by Title VII of the Civil Rights Act of 1964, as amended 42 U.S.C. § 2000e et seq. (1988 ed., Supp. III),

(hereafter "Title VII"), providing for relief against discrimination, based on national origin and race.

3. This is an action for declaratory relief; injunctive relief, damages and to secure protection of and to redress deprivation of rights secured by Title VII of the Civil Rights Act of 1964, as amended 42 U.S.C. § 2000e et seq. (1988 ed., Supp. III), (hereafter "Title VII"), providing for relief against retaliation.

## PARTIES

4. Cristina Radi was employed at a Department of Health and Human Services facility, located in Silver Spring, Maryland.

5. The Department of Health and Human Services maintains facilities in the State of Maryland.

## STATEMENT OF CLAIM

6. Cristina Radi was born in Vietnam in 1957.

7. In April 1975, Ms. Radi immigrated to the United States at the age of seventeen.

8. She attended the University of Maryland and graduated with a Bachelor of Science in Computer Science in 1984.

9. On March 1, 1987, Ms. Radi joined the federal government as a GS-7 computer programmer.

10. Ms. Radi worked for the Department of Health and Human Services.

11. Her immediate supervisor was Neno Mejid, supervisor of the personnel group.

12. Mr. Mejid consistently rated Ms. Radi's job performance as outstanding.

13. Over a five year span, Ms. Radi was promoted from a GS-7 to a GS-13.

14. Ms. Radi was promoted to the GS-13 position by Carol Serry, Director of System Engineering and Maintenance Division.

**Ms. Radi's first incident of discrimination based on her national origin.**

15. After Ms. Radi's promotion to the GS-13 level in 1992, Mr. Mejid and Ms. Radi had several discussions about their opportunities for advancement.

16. Mr. Mejid, who was Iraqi, felt that he had been passed over for promotion because he is Arab.

17. Mr. Mejid warned Ms. Radi that she would not be able to advance within his group.

18. Mr. Mejid pointed out that Ms. Radi's only opportunity advancement would be his job.

19. Mr. Mejid warned Ms. Radi that she would be treated very badly if she left his group.

20. Mr. Mejid told Ms. Radi that she would not be able to advance because of her race [Asian].

21. In 1993, Ms. Radi received a "fully successful" rating on her job performance evaluation instead of her usual "outstanding" rating. The evaluation also included some negative comments.

22. Ms. Radi questioned Mr. Mejid about the rating and negative comments.

23. Mr. Mejid told Ms. Radi that she should not work so hard because she would not be receiving any more promotions.

24. As a result of Mr. Mejid's comment, Ms. Radi filed an EEO complaint against him.

25. Ms. Radi reached a settlement with the agency:

    a)     her job performance rating was elevated to excellent;

    b)     negative comments were removed from her evaluation; and,

       c)      she was reassigned to a new supervisor.

26. Ms. Radi's was reassigned to Augustine Driggins.

27. Mr. Driggins also supervised Peter Chen, a Chinese computer programmer.

**Other Asians, including Ms. Radi, complained about the hostile work environment and retaliation.**

28. As early as 1992, Mr. Chen told Ms. Radi that Mr. Driggins did not like Asians.

29. Mr. Chen complained that Mr. Driggins give him a hard time.

30. For instance, Mr. Chen stated that he had worked on projects only to have the credit given to others.

31. As computer programmers, the staffs of Mr. Mejid and Mr. Driggins worked together at the same Silver Spring, MD location.

32. Mr. Driggins and his staff were aware of Ms. Radi's EEO complaint.

33. Mr. Chen informed Ms. Radi that Mr. Driggins told him that Asians were third class citizens who should work harder and not complain.

34. Between 1992 and 2001, Ms. Radi and Mr. Chen regularly discussed the bad treatment they were receiving.

35. Mary Wimbush was Mr. Driggins' secretary.

36. Ms. Wimbush was outspoken and told Ms. Radi that "he [Mr. Driggins] doesn't like you people [Asians]".

37. Larry Mease was Ms. Radi's co-worker and he later began her supervisor.

38. Mr. Mease is African American and a Vietnam veteran.

39. Mr. Mease and Ms. Radi discussed issues of discrimination from 1993 to 2007.

40. Mr. Mease warned Ms. Radi that Mr. Driggins did not like Asians.

41. Mr. Mease told Ms. Radi that some co-workers, such as Darleen Young, complained about her accent.

42. From 1996 to 1999, Ms. Radi regularly spoke with Loc Tran, a Vietnamese American co-worker, about how badly they were treated in the office.

43. Mr. Tran complained that they never received the better assignments; they only received the assignments that no one else wanted.

44. Mr. Tran believed that complaining about these conditions would result in the loss of their jobs.

45. When Ms. Radi began working for Mr. Driggins, she realized that Mr. Chen's 1992 warning about Mr. Driggins not liking Asians was true.

46. Mr. Driggins never rated Ms. Radi's job performance higher than "fully successful".

47. Ms. Radi was excluded from group awards and other forms of recognition.

48. Around 1996, a new software program was introduced called Crystal Report.

49. Over the next two years, Mr. Driggins entire staff received Crystal Report training.

50. However, Mr. Driggins deliberately denied Mr. Radi Crystal Report training.

51. Mr. Driggins went as far as pulling Ms. Radi out of a training class at the very last moment.

52. Ms. Radi only received Crystal Report training after she filed a complaint against Mr. Driggins with the department.

53. On April 4, 1998, Ms. Radi asked Mr. Driggins for time off to be interviewed by an EEO investigator.

54. A Korean employee, who Ms. Radi did not know well, listed Ms. Radi as a witness in his EEO complaint.

55. Initially, Mr. Driggins denied Ms. Radi's request but eventually changed his mind.

56. Ms. Radi was interviewed by the EEO investigator.

57. Ms. Radi testified, under oath, that Asians were treated badly in her office.

58. On October 16, 1998, Mr. Driggins replaced his staff's personal computers with new ones.

59. However, Mr. Driggins did not replace Mr. Radi's personal computer with a new one, but instead gave her his old broken personal computer.

60. Ms. Wimbush, Mr. Driggins' secretary, encouraged Ms. Radi to demand that Mr. Driggins at least give her back her old computer, which worked properly.

61. When Ms. Radi asked Mr. Driggins to return her old computer, Mr. Driggins shouted three times at Ms. Radi to "get out" of his office.

62. Ms. Radi was so distressed that she sought help from the EAP (employee assistance program).

63. EAP advised Ms. Radi to take sick leave.

64. Ms. Radi was on sick leave from October 22, 1998 until October 30, 1998.

65. On November 2, 1998, Ms. Radi requested to be reassigned to another supervisor.

66. However, management denied her request.

67. On November 5, 1998, Ms. Radi felt so sick that she made an appointment with her doctor.

68. Ms. Radi's doctor advised her to remain on sick leave until November 20, 1998.

69. Ms. Radi's doctor also advised her not to work under Mr. Driggins because it would cause stress, anxiety, and depression.

70. On January 6, 1999, Ms. Radi filed an EEO complaint against Mr. Driggins.

71. Ms. Radi's EEO complaint was settled in March 2001.

72. Mr. Meese, Ms. Radi's co-worker, became her supervisor.

73. Mr. Driggins was promoted to management.

**Ms. Radi was ostracized by her co-workers and supervisors from 2001 until her separation from the federal government in April 2009.**

74. After a settlement was reach in Ms. Radi's EEO complaint in March 2001, Ms. Radi's found herself ostracized by her co-workers and supervisors.

75. Co-workers who Ms. Radi regularly spoke to distanced themselves from her.

76. Asian co-workers, such Loc Tran and Peter Chen, expressed concern about retaliation and stopped talking to Ms. Radi.

77. Mr. Mease, Ms. Radi's supervisor, told Ms. Radi that management had "blacklisted" her.

78. He stopped putting her name on projects.

79. Mr. Mease explained that when he mentioned Ms. Radi's name on project proposals, management would send the proposal back to him with Ms. Radi's name crossed out.

80. Ms. Radi did not receive group awards or other forms of recognition.

81. From 2001 to 2007, Ms. Radi was denied software training, the kind of training other computer programmers in her office regularly received.

82. For a computer programmer, software training is essential for advancement.

83. Ms. Radi's job performance rating never rose above "fully successful".

84. In January 2007, the entire staff, including Ms. Radi, received a crash course on creating reports using a software program called Business Objects.

85. Business Objects allowed Ms. Radi to publish her ethics reports on the agency's website.

86. Darleen Young, Ms. Radi's co-worker, received additional Business Objects training.

87. In May 2007, Ms. Young adjusted the Business Objects program so that Ms. Radi could no longer access the program or publish her ethics reports.

88. Ms. Radi complained to Ms. Young about not having access to Business Objects.

89. Ms. Young promised to fix the problem, but never did so.

90. Ms. Radi also complained to Richard Butler (deceased), her manager, about not having access to Business Objects.

91. Mr. Butler promised to take care of the problem, but never did so.

92. In early 2008, Ms. Young began to humiliate Ms. Radi at staff meetings, which were attended by co-workers and supervisors.

93. At these meetings, Ms. Young would brag about Business Objects and how it helped her satisfy her customers.

94. When Ms. Radi mentioned that she had been denied access to Business Objects, Ms. Young suggested that Ms. Radi's difficulties with Business Objects were due to her own incompetence.

95. Ms. Young never acknowledged that she had denied Ms. Radi access to Business Objects.

96. With Ms. Young denying her access to Business Objects and spreading rumors about her incompetence, Ms. Radi feared that a demotion was inevitable.

97. In March 2008, Ms. Radi asked her supervisor, Jerry Weisskohl, to assist her in getting access to Business Objects.

98. On April 14, 2008, when Ms. Radi asked her manager, Mr. Butler, for software training, he denied her request and threatened to take her job away.

99. On October 1, 2008, Ms. Radi applied for a GS-14 position.

100. On October 23, 2008, Mr. Butler told Ms. Radi that she would no longer receive approval for any advancement or training.

101. Mr. Butler told Ms. Radi that her application for a GS-14 position and her request for training were denied.

102. Mr. Butler told Ms. Radi not to log into Business Objects again because the program belonged to Ms. Young.

103. Mr. Butler informed Ms. Radi that Ms. Young, who had denied her access to Business Objects and spread rumor about her incompetence, would be promoted to a GS-14 position and become her supervisor.

104. Mr. Butler told Ms. Radi that Ms. Young would continue to harass her.

105. In October 2008, Terry Hurst became Deputy Director and Mr. Butler's immediate supervisor.

106. Ms. Radi complained to Mr. Hurst that Mr. Butler and Ms. Young had created a hostile work environment.

107. Ms. Radi asked Mr. Hurst to reassign her to a new supervisor.

108. Mr. Hurst denied Ms. Radi request.

109. Mr. Hurst told Ms. Radi that he had no interest in the past.

**Ms. Radi was constructively discharged when her request to be assigned to new supervisor, due to severe anxiety attacks, was denied.**

110. In November 2008, Ms. Young became Ms. Radi's supervisor.

111. Ms. Radi had an immediate physical/psychological reaction.

112. Ms. Radi experienced an anxiety attack so severe that she thought she was dying.

113. Ms. Radi went on extended sick leave from November 26, 2008 until January 2, 2009.

108. On December 10, 2008, Ms. Radi repeated her request to be reassigned to another supervisor.

109. However, Mr. Hurst denied Ms. Radi's request and insisted that she report to Ms. Young.

110. In a telephone conversation, Ms. Radi described her anxiety attack to Mr. Butler and her need to be reassigned to another supervisor. However, Mr. Butler laughed at Ms. Radi and told her that there was no way out.

111. On January 2, 2009, Ms. Young denied Ms. Radi's leave request and declared her AWOL.

112. Ms. Young explained that she denied Ms. Radi's leave request because Ms. Radi did not contact her directly.

113. Ms. Radi contacted the EEO office and asked its director, Michael Chew, to request that management allow her to use sick leave, annual leave or leave without pay in order to cope with her anxiety.

114. On January 12, 2009, management denied Ms. Radi's leave request.

115. On January 21, 2009, Ms. Radi visited an EEO counselor.

116. On February 5, 2009, Ms. Radi began attending counseling sessions for work-related stress through EAP (employee assistance program).

117. On February 27, 2009, Ms. Radi filed a formal EEO complaint.

118. On March 13, 2009, Ms. Young sent Ms. Radi a proposed Removal letter.

119. In April 2009, Ms. Radi was diagnosed by her psychiatrist as suffering from major depression with psychotic features. She is receiving treatment and medication.

120. Ms. Radi's doctors recommended that she be reassigned to another supervisor.

121. On April 23, 2009, Ms. Radi was officially separated from the federal government.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully prays this court:

(a) Issue a declaratory judgment that Defendants acts, polices, practices and procedures complained of herein-violated Plaintiff's rights as secured by Title VII , and Order Defendant to make whole Plaintiff who has been adversely affected by the polices and practices described herein in an amount to be shown at trial and other affirmative relief, and

(b) Retain jurisdiction over this action to assure full compliance with the orders of the court and with applicable law and require defendant to file such reports as the court deems necessary to evaluate compliance; and

(c) To award her reasonable attorney's fees and costs of this action; and

(d) Reinstate her to her former position with backpay; and

(e) Award Plaintiff compensatory damages, such as, emotional pain and suffering, specifically embarrassment, humiliation, stress, anxiety, and inconvenience; loss pay, and

(f) Grant such additional relief as the court deems just and proper; and

WHEREFORE, the premises considered, the Plaintiff demands judgment against the Defendant in the amount of SIX HUNDRED THOUSAND DOLLARS ($600,000.00).

## **JURY DEMAND**

Plaintiff demands a trial by jury.

                                                Respectfully submitted,


_____/s/_____

Bryan A. Chapman Bar #012274
Law Office of Bryan A. Chapman
625 Pennsylvania Avenue, S.E.
Washington, D.C. 20003

(202) 558-6168


Attorney for the Plaintiff