**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

|  |  |  |
|---|---|---|
| **CRISTINA RADI,** | * | |
| Plaintiff, | * | |
| v. | * | Case No.: RWT 09cv2089 |
| **KATHLEEN SEBELIUS,** | * | |
| Secretary, Department of Health and Human Services, | * | |
| Defendant. | * | |

\*\*\*

## MEMORANDUM OPINION AND ORDER

On April 1, 2010, counsel for Plaintiff Cristina Radi filed a "Notice of Withdrawal of Appearance." See Paper No. 17. Withdrawals of appearance by counsel are governed by Local Rule 101.2, which provides in relevant part:

> **a.   Individuals**
> In the case of an individual, appearance of counsel may be withdrawn only with leave of Court and if (1) appearance of other counsel has been entered, or (2) withdrawing counsel files a certificate stating (a) the name and last known of address of the client, and (b) that a written notice has been mailed to or otherwise served upon the client at least seven (7) days previously advising the client of counsel's proposed withdrawal and notifying the client either to have new counsel enter an appearance or to advise the Clerk that the client will be proceeding without counsel.  If the withdrawal of counsel's appearance is permitted, the Clerk shall notify the party that the party will be deemed to be proceeding pro se unless and until new counsel enters an appearance on behalf of the party.

In this case, no other counsel has entered an appearance on Plaintiff's behalf, and withdrawing counsel did not file a certificate stating the required information.  Because the "Notice" does not comply with Local Rule 101.2(a), the Court will deny counsel leave of Court to withdraw his appearance, without prejudice.

The Court will allow, however, counsel for Plaintiff to file a second request to withdraw his appearance in the form of a motion complying with Local Rule 101.2(a). Pending receipt of a proper motion, the hearing currently scheduled for April 26, 2010 will be cancelled in order to give sufficient time to the Plaintiff to secure new counsel.

Accordingly, it is this 6th day of April, 2010, by the United States District Court for the District of Maryland,

**ORDERED**, that "Notice of Withdrawal of Appearance." [Paper No. 17] is **DENIED**, and it is further

**ORDERED**, that counsel for Plaintiff shall file a second request to withdraw his appearance which complies with Local Rule 101.2(a) on or before **April 14, 2010**, and it is further

**ORDERED**, that the hearing on the Motion To Dismiss and for Summary Judgment [Paper No. 11] filed by Defendant Kathleen Seblius, Secretary of the U.S. Department of Health and Human Services, is **CANCELLED**.

/s/
ROGER W. TITUS
UNITED STATES DISTRICT JUDGE